IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JOSEPH E. DAMRILL

        Plaintiff,                      Civil No. 1:13-cv-01109-JE

       v.                              ORDER

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

        Defendant.


HERNÁNDEZ, District Judge:

      Magistrate Judge John Jelderks issued a Findings and Recommendation [18] on January 22, 2015, in which he recommends that this Court affirm the Commissioner's final decision denying Mr. Damrill's application for Supplemental Security Income under the Social Security Act.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks's Findings & Recommendation [18]. Accordingly, the Commissioner's decision is affirmed and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   6   day of    March   , 2015.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge